# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sullivan, Emmet G. | U.S. District Court for the District of Columbia | 08/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active District Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

333 Constitution Avenue, NW
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Abramson Scholarship Foundation | Director |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Pension (D.C. Government) | $63,300.00 |
| 2. 2012 | Adjunct Professor, American University Washington College of Law | $12,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NACDL | Nov. 15-16, 2012 | New York, NY | White Collar Criminal Defense Seminar | Transportation, meals, hotel. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property I Income (Washington, D.C.) | E | Rent | O | S | | | | | See Part VIII |
| 2. | Rental Property II Income (Washington, D.C.) | D | Rent | N | W | | | | | See Part VIII |
| 3. | Janney Montgomery IRA | | | | | | | | | |
| 4. | Prudential Variable Annuity | | None | N | T | | | | | |
| 5. | Janney Montgmery IRA | | | | | | | | | |
| 6. | Thornburg Income Builder Fund A | A | Dividend | J | T | | | | | |
| 7. | Thornburg Int'l Value Fund | A | Dividend | J | T | | | | | |
| 8. | First Trust Div. Leaders Index Fund | A | Dividend | J | T | | | | | |
| 9. | Harbor Int'l Fund | A | Dividend | J | T | | | | | |
| 10. | ING Global Real Estate Fund | A | Dividend | J | T | | | | | |
| 11. | I Shares Russell 1000 Value Index Fund | A | Dividend | J | T | | | | | |
| 12. | I Shares Russell 1000 Growth Index Fund | A | Dividend | J | T | | | | | |
| 13. | Munder Mid Cap Growth Fund | | None | J | T | | | | | |
| 14. | T Rowe Price Equity Income Fund | A | Dividend | J | T | | | | | |
| 15. | T Rowe Price Growth Stock Fund | A | Dividend | J | T | | | | | |
| 16. | T Rowe Price Emerging Mkts Stock Fund | A | Dividend | J | T | | | | | |
| 17. | Royce Total Return Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Security Equity Mid Cap Value Fund | | None | | | Sold | 07/19/12 | J | A | |
| 19. SPDR Index S&P Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 20. Wisdomtree Managed Futures | | None | | | Sold | 07/19/12 | J | | |
| 21. Mainstay High Yield Corp Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/13/12 | J | | |
| 22. Mainstay Floating Rate Fund | A | Dividend | J | T | Sold (part) | 02/13/12 | J | A | |
| 23. PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 24. PIMCO Unconstrained Bond Fund | A | Dividend | J | T | | | | | |
| 25. Prudential Short Term Corp. Bd. Fund | A | Dividend | J | T | | | | | |
| 26. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 27. Alps Alerian MLP ETF | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 28. JP Morgan Mid Cap Value | A | Dividend | J | T | Buy | 07/20/12 | J | | |
| 29. PIMCO Commodity Real Return | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 30. Janney Montgomery Fund | | | | | | | | | |
| 31. Thornburg Int'l Value Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | | |
| 32. Thornburg Int'l Value Fund | A | Dividend | J | T | Sold (part) | 12/04/12 | J | A | |
| 33. Thornburg Income Builder Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | | |
| 34. Thornburg Income Builder Fund | A | Dividend | J | T | Sold (part) | 12/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janney Advantage Insured Sweep | A | Interest | J | T | | | | | |
| 36. Harbor Int'l Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | | See Part VIII |
| 37. Harbor Int'l Fund | A | Dividend | J | T | Sold (part) | 12/04/12 | J | | See Part VIII |
| 38. First Trust Div. Leaders Index Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | |
| 39. ING Global Real Estate Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | |
| 40. I Shares Russell 1000 Value Fund Index | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | |
| 41. I Shares Russell 1000 Growth Index Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | |
| 42. Munder Mid Cap Growth Fund | | None | J | T | Sold (part) | 05/08/12 | J | A | |
| 43. Munder Mid Cap Growth Fund | | None | J | T | Sold (part) | 12/04/12 | J | A | |
| 44. T Rowe Price Equity Income Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | |
| 45. T Rowe Price Growth Stock Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | |
| 46. T Rowe Price Emerging Markets Stock Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | |
| 47. Royce Total Return Fund | A | Dividend | J | T | | | | | |
| 48. Security Equity Mid Cap Fund | | None | | | Sold | 07/19/12 | J | A | |
| 49. SPDR Index S&P Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 50. Wisdomtree Managed Futures Fund | | None | | | Sold (part) | 02/13/12 | J | | |
| 51. Wisdomtree Managed Futures Fund | | None | | | Sold | 07/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mainstay High Yield Corp. Bonds Fund | A | Dividend | J | T | Buy (add'l) | 02/13/12 | J | | |
| 53. Mainstay High Yield Corp. Bonds Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | |
| 54. Mainstay High Yield Corp. Bonds Fund | A | Dividend | J | T | Sold (part) | 12/04/12 | J | A | |
| 55. Mainstay Floating Rate Fund | A | Dividend | J | T | Sold (part) | 02/13/12 | J | A | |
| 56. PIMCO Total Return Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | |
| 57. PIMCO Unconstrained Bond Fund | A | Dividend | J | T | | | | | |
| 58. Prudential Short Term Corp. Bond Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | A | See Part VIII |
| 59. Prudential Short Term Corp. Bond Fund | A | Dividend | J | T | Sold (part) | 07/19/12 | J | A | See Part VIII |
| 60. Templeton Global Bond Fund | A | Dividend | J | T | Sold (part) | 05/08/12 | J | | |
| 61. Alps Alerian MLP ETF | A | Dividend | J | T | Buy | 07/19/12 | J | | |
| 62. JP Morgan Fleming Capital Mid Cap Value | A | Dividend | J | T | Buy | 7/19/12 | J | | |
| 63. JP Morgan Fleming Capital Mid Cap Value | A | Dividend | J | T | Sold (part) | 12/04/12 | J | A | |
| 64. PIMCO Commodity Real Return | A | Dividend | J | T | Buy | 02/13/12 | J | | |
| 65. PIMCO Commodity Real Return | A | Dividend | J | T | Buy (add'l) | 07/19/12 | J | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Line Item 1. One-half interest Rental Property I (Washington, D.C.) - the assessed total value is $ 840,000.

Line Item 2. One-third interest in Rental Property II (Washington, D.C.) - the estimated total value is $343,000.

Lines 36 & 37. Last year's report inadvertently stated that all of the Harbor Int'l Fund had been sold on October 14, 2011. In fact, only part of it was sold at that time.

Line 58 & 59. Last year's report inadvertently identified this as "Presidential Short Term Corp. Bond," should have been "Prudential Short Term Corp. Bond."

| Name of Person Reporting | Date of Report |
|---|---|
| Sullivan, Emmet G. | 08/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Emmet G. Sullivan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544